United States District Court
Southern District of Ohio

## Related Case Memorandum
## Criminal Cases

TO:    District Judge Walter H. Rice, and District Judge Thomas M. Rose

FROM:   Phil Butler, Case Administrator

DATE:   3/25/2016

SUBJECT:   Case Caption:   USA v. Steven Scudder

CASE:   Case Number:   3:16-cr-45

DISTRICT JUDGE:   Walter H. Rice

File Date:   3/25/2016

---

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption:   **USA v. William Apostelos, et al.,**

Case Number:   **3:16-cr-001 and 3:16-cr002**   District Judge:   **Thomas M. Rose**

File Date:   **January 6, 2016**   Magistrate Judge:

**Related Case(s):**

Case Caption:

Case Number:     District Judge:

File Date:     Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   **Phil Butler**
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge   Thomas M. Rose

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

Other Direction of Judge: _____

_____
United States District Judge

s/ Thomas M. Rose
_____
United States District Judge

[signature]
_____
United States District Judge

cc: Courtroom Deputies