UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**STATE OF OHIO,**
  **Plaintiff,**

 -v-          Case No. CR-3-16-00045
             Judge Rose

**STEPHEN SCUDDER,**
  **Defendant.**

## NOTICE OF APPEARANCE OF COUNSEL OF RECORD

To: Richard W. Nagel, Clerk
   United States District Court for the Southern District of Ohio

   Please enter my appearance as counsel of record for Defendant, Stephen Scudder, in the above-entitled action.

                s/Keith A. Yeazel
                _____
                KEITH A. YEAZEL (0041274)
                905 SOUTH HIGH STREET
                COLUMBUS, OHIO  43206
                (614) 885-2900
                keithyeazel@gmail.com

## CERTIFICATE OF SERVICE

   A copy of the foregoing was served upon:

Brent Tabacchi, AUSA
Alex R. Sistla, AUSA

using the Court's CM/ECF system, this 29th day of March, 2016.

                s/Keith A. Yeazel
                _____
                Keith A. Yeazel