**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**UNITED STATES,**
        **Plaintiff,**

  **-V-**                                             **Case No. CR-3-16-045(1)**
                                                      **Judge Rose**

**STEVEN SCUDDER,**
        **Defendant.**

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE**
**ARRAIGNMENT ON INFORMATION**

Defendant, Steven Scudder, respectfully requests that the Court issue an ORDER

rescheduling the arraignment on information presently scheduled for May 9, 2016, for the

reasons set forth in the accompanying memorandum.


                                          s/ Keith A. Yeazel
                                          _____
                                          KEITH A. YEAZEL     (0041274)
                                          905 SOUTH HIGH STREET
                                          COLUMBUS, OHIO  43206
                                          (614) 885-2900
                                          keithyeazel@gmail.com



**MEMORANDUM IN SUPPORT**

As page 3 of the pretrial services report indicates, Mr. Scudder has mental health issues.

He has indicated that, at present, these issues detrimentally affect his ability to make decisions

concerning his case. He has indicated that his prescribed medications need to be adjusted.  To

that end, he has an appointment scheduled on May 25, 2016 to meet with his treatment provider.

Mr. Scudder's issues suggest to counsel that his arraignment should be continued at this time.

Counsel for defendant spoke with AUSA Tabbachi on May 5, 2016 and he does not oppose this

motion.

In light of the foregoing, Defendant respectfully requests that the Court issue an ORDER

rescheduling the arraignment on information.

Respectfully submitted,

s/ Keith A. Yeazel

_____

KEITH A. YEAZEL    (0041274)
905 SOUTH HIGH STREET
COLUMBUS, OHIO  43206
(614) 885-2900
keithyeazel@gmail.com

## CERTIFICATE OF SERVICE

A copy of the foregoing was served upon:

Brett Tabbchi, AUSA

using the Court's CM/ECF system, this 5th day of May,  2016.

s/ Keith A. Yeazel

_____

Keith A. Yeazel