# PLEA INFORMATION         Date: **1/19/17**

CASE CAPTION: **USA v. Steven Scudder**     CASE NUMBER: **3:16-cr-45**

Pltfs Attorney: **Brent Tabacchi**     Defts. Attorney: **Keith Yeazel**

| | |
|---|---|
| **X** | Defendant appeared with counsel. |
| | Interpreter _____ appeared and sworn. |
| **X** | Defendant's right to Grand Jury consideration and Indictment explained and Defendant stated he understood this right. |
| **X** | Defendant waived right to Indictment and signed waiver of indictment form. |
| | Waiver of Indictment form signed by Defendant and Defendant Counsel which was read and translated to Defendant in open Court. |
| | Defendant waived reading of Information and defects in service. |
| **X** | Defendant's constitutional rights explained and Defendant stated his understood rights. |
| **X** | Defendant waived constitutional rights. |
| **X** | Defendant sentencing guidelines range discussed and Defendant stated he understood possible sentence. |
| **X** | Guidelines levels stated as Level **22/I**. |
| **X** | Plea agreement **stipulated to, each page initialed, and document signed by both counsel and the defendant**. |
| **X** | Statement of Facts read into record by **AUSA**. |
| **X** | Defendant acknowledged accuracy of Statement of Fact. |
| **X** | Defendant entered a pleas of **guilty** to Count(s) **1**. |
| **X** | Pleas accepted and made a permanent part of the record. |
| **X** | Defendant referred to Probation Department for Pre-sentence Investigation (PSI). |
| **X** | Bond **OR w/ Conditions** |
| | Conditions of Bond: _____ |
| **X** | Other **Sentencing set for Friday, June 9, 2017 at 9:30 am** |

COURT REPORTER: **Mary Schweinhagen**     CONVENE: **2:45 pm**

DEPUTY CLERK: **Liz Penski**     RECESS: **3:35 pm**