SENTENCING:          DATE: __6/9/2017__

CASE CAPTION: __USA v. Joseph Gray__      CASE NUMBER: __3:16-cr-45__

Pltfs. Attorney: __Brent Tabacchi__      Defts. Attorney: __Keith Yeazel__

| | |
|---|---|
| __X__ | Defendant appeared with Counsel. |
| | Interpreter ___ appeared by telephone per TIP and sworn. |
| __X__ | Defendant remanded to the custody of the Attorney General/Bureau of Prisons of the United States for: __Fourteen (14) Months__ |
| | Fined $ __0.00__. |
| | Restitution in the amount of $_____ |
| __X__ | $ __100__ Special Assessment/Victims Crime Fund |
| __X__ | Special Assessment to be paid immediately. |
| __X__ | __2__ Years Supervised Release **w/ Special Conditions** |
| __X__ | Conditions of supervised release: |
| |     __X__    Follow the rules and regulations of the Probation Department |
| |     __X__    Defendant must report to supervising agency within 72 hours of release from institution. |
| |     __X__    Defendant must not commit any crimes, either federal, state or local. |
| |     __X__    Defendant must not own, possess, or traffic in any firearm or dangerous weapon. |
| |     __X__    Defendant must not possess, use, or traffic in any controlled substance. |
| |     ___    Defendant must make himself available for substance abuse testing and or treatment if requested by supervising agency. |
| |     __X__    Defendant shall cooperate in the collection of DNA as required by statute. |
| __X__ | Recommendations to the Bureau of Prisons**: The Court recommends that the defendant be accorded all allowable presentence credit for time spent incarcerated on said offense.** |
| __X__ | Voluntary surrender |
| | Taken into custody |
| | Defendant remanded to custody of the U.S. Marshal |
| __X__ | Defendant's rights of appeal explained and understood |
| __X__ | Other: The ruling with regard to the restitution will be deferred. The Court gives a timeline of thirty (30) days for counsel to provide a brief as to the objections to restitution. |

COURT REPORTER __Mary Schweinhagen__      CONVENED: __9:41 am__

DEPUTY CLERK: __Kaylin Atkinson__      RECESSED: __10:19 am__