# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

        **Plaintiff,**

-vs-                                                                                                      **Case No.   3:16-CR-45**

**STEVEN SCUDDER**

        **Defendants.**

## SCHEDULING ORDER

As a result of the in chambers conference with counsel as to the applicable restitution in this case on June 9, 2017, and objections of Defense counsel to restitution, the Court sets the following schedule in this case:

    1. Brief as to Restitution Objections due from Government by:     **July 9, 2017**

    2. Response to Brief by Defendant due by:     **August 8, 2017**

**DONE** and **ORDERED** in Dayton, Ohio, this 15th day of June 2017.

                                                                \* s/Thomas M. Rose
                                                                 THOMAS M. ROSE JUDGE
                                                                 UNITED STATES DISTRICT COURT